STATE OF CALIFORNIA
OFFICE OF ADMINISTRATIVE HEARINGS
SPECIAL EDUCATION DIVISION
MEDIATION PACKET

DATE: 03/08/17

| Assigned Mediator: | MARIAN MCLEAN |
| --- | --- |
| Case Number: | 2017020052 |
| Case Name: | V San Leandro USD |

| Location of Mediation: | District Offices |
| --- | --- |
| | |
| | |

*****MEDIATIOR ONLY – BELOW THIS POINT*****

**Instructions:** This form is used for reporting mediation outcome, including noting any changes to calendared dates made at the mediation. This form must be completed by the mediator, regardless of whether a signed settlement agreement is provided. Reminder: Do not set a trial setting conference unless absolutely necessary, and if one is set, you should include an explanation about why on the form. The parties should agree upon new dates at the mediation if possible. Hearing dates should not be vacated unless the parties have a fully signed agreement or agree upon new hearing dates.

| NUMBER OF EVALUATIONS DISTRIBUTED | STUDENT | DISTRICT | OTHER |
| --- | --- | --- | --- |
| **RESULTS OF MEDIATION** | | | |
| 1. Final Agreement Contingent on Board Approval  2. Vacate Current Dates  3. Status Check 3-29-17 @ 1:30 PM | | | |

RESULTS OF MEDIATION
Number: 2017020052    Case Date: 03-08-17

| Check all that Apply: | Status of Case/ Type of Agreement | Dates vacated or to be set: |
|---|---|---|
| 1. | The parties have reached a Final Agreement. The matter is hereby withdrawn. All dates are vacated. | Vacate all dates in this matter. |
| 2. X | The parties have reached a Final Agreement contingent on Board approval. | Date of Board meeting: 03-14-17  Please schedule Status Check: 3-29-17 @ 1:30 pm |
| 3. | The parties have reached an Interim Agreement. Vacate current dates and reset as follows: [list new dates for DPH, PHC or Med.] | New mediation date: Yes/No  Vacate DPH and PHC dates: Yes / No  New dates: |
| 4. | The parties did not reach an Agreement. However, the parties voluntarily agree to continue this matter. All dates are vacated and reset to the following:[list new dates for DPH, PHC or Med.] | New Mediation date:  Vacate DPH and PHC dates: Yes / No  New dates: |
| 5. | The parties did not reach an Agreement. The matter will proceed on the currently scheduled dates. | Proceed to PHC and DPH as scheduled |
| 6. | This is a mediation only case. Parties did not reach an agreement OR Parties agreed to continue for one further mediation. (pick one) | Case will be closed with no further action OR List new date for mediation. |
| 7. | Other: | Please Note the following: |

PLEASE READ PRIOR TO SIGNING: FOR PURPOSES OF IMPLEMENTATION AND ENFORCEMENT OF THIS AGREEMENT, THE PARTIES MUTUALLY CONSENT TO THE DISCLOSURE AND ADMISSIBILITY OF THIS DOCUMENT.

| Student or Holder of Educational Rights | 3/8/17 Date | [signature] On behalf of District | 3-8-17 Date |
|---|---|---|---|
| [signature] Student or Holder of Educational Rights | 3/8/17 Date | On behalf of District | Date |
| [signature] Jayne Parker Attorney for Student | 3/8/17 Date | [signature] Leah Smith Attorney for District | 3/8/17 Date |
|  | Date |  | Date |