

August 13, 2021

*Via ECF*
Magistrate Judge Laurel Beeler
US District Court – San Francisco

**RE**:   *S.M. et. al*
   **3:21-cv-01651-LB**



Order granting Voluntary Dismissal with prejudice. The Clerk shall close the case.
Dated: 8/16/2021

**Dear Magistrate Judge Beeler:**

   I am writing to advise the court that the parties have settled all issues with San Leandro Unified School District, including this case.

   By way of background, this complaint was filed on March 9, 2021 to enforce a settlement agreement from 2017 that the defendants breached. The parties participated in two mediations on March 10, 2021 and June 14, 2021. I was taken off work from June 17th to July 16th, however, upon my return, the parties were able to reach agreement on all issues and the case was settled and approved by the school board on August 10, 2021.

   At this time, I am requesting that the above-captioned matter be dismissed with prejudice.

   Very Truly Yours,

   /s/ LaJoyce L. Porter

   LaJoyce L. Porter
   Attorney at Law